IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 00-cr-00394-DBS-01

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MONTRELL VINCENT WATSON,

    Defendant.

---

## ORDER

---

This matter comes to the attention of the Court upon report of the probation officer and in view of the defendant's current inmate status and in the interest of judicial economy, it is

**ORDERED** that the supervised release petition filed on April 13, 2006, be dismissed and the warrant be quashed. It is

**FURTHER ORDERED** that the term of supervised release originally set to expire on February 23, 2009, is hereby discharged.

DATED at Denver, Colorado, this _29_ day of April, 2008.

BY THE COURT:

_____
Richard P. Matsch
Senior District Judge